# Third District Court of Appeal

## State of Florida

Opinion filed June 18, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2077
Lower Tribunal No. 15-1006-SP-05
_____

**Astrid Perdomo,**
Appellant,

vs.

**Santiago J. Teran,**
Appellee.

An Appeal from a non-final order from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Astrid Perdomo, in proper person.

Santiago J. Teran, for appellee.

Before LOGUE, C.J., and GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Villamorey, S.A. v. BDT Invs., Inc.</u>, 245 So. 3d 909, 912 (Fla. 3d DCA 2018) ("[T]he person, by affirmatively seeking to dissolve the writ, has assented to the court's jurisdiction over it and is a party to the garnishment proceedings.").